| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Anthony O. Egbase, Esq. 181721<br>Onyinye Anyama, Esq. 262152<br>800 W.1st Street, Suite 400-1<br>Los Angeles, CA 90012<br><br>☒ Attorney for Debtor<br>☐ Pro Se Debtor<br>☐ Chapter 13 Trustee | **FILED & ENTERED**<br><br>MAR 12 2010<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY gonzalez DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

CHAPTER 7

CASE NUMBER 2:09-BK-32780

In re:

IMPERIAL CABINETS

(No Hearing Required)

Debtor(s).

## ORDER ON:

☐ **DEBTOR'S MOTION TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS**
☐ **DEBTOR'S MOTION FOR AUTHORITY TO REFINANCE REAL PROPERTY**
☐ **DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY**
☒ **OTHER: _EX PARTE MOTION TO COMPEL TRUSTEE TO ABANDON PROPERTY_**

Based on Debtor's Motion filed on _____2/3/2010_____ as docket entry number ___8____ and the recommendation of the Chapter 13 Trustee, it is ORDERED that Debtor's Motion is:

☒  GRANTED . However, nothing shall prevent lessors of the equipment from exercising their state law remedies with respect to the property.

☐  DENIED

☐  GRANTED on the terms set forth in the Chapter 13 Trustee's comments on or objection to Debtor's Motion

☐  GRANTED on the following conditions:

_____
_____
_____
_____

*(This Order is continued on the next page.)*

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                              **F 3015-1.14**

Order on Chapter 13 Debtor's Motion – *Page 2*      **F 3015-1.14**

| In re: | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER |

☐ Set for Hearing on _____ at _____.

\#\#\#

DATED: March 12, 2010

_____
United States Bankruptcy Judge

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*      **F 3015-1.14**

F 3015-1.14

| In re: | CHAPTER 13 |
|---|---|
| | |
| Debtor(s). | CASE NUMBER |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

800 W.1st Street, Suite 400-1
Los Angeles, CA 90012

A true and correct copy of the foregoing document described _____ORDER ON EXPARTE MOTION TO COMPEL TRUSTEE TO ABANDON PROPERTY_____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On __2/23/2010__ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 2/23/2010 | ANGELICA VARGAS | /s/ Angelica Vargas |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                F 3015-1.14

| In re: | CHAPTER 13 |
|---|---|
| | |
| Debtor(s). | CASE NUMBER |

DEBTOR
Imperial Cabinets
4447 Union Pacific Avenue
Los Angeles, CA 90023

Attorney for Debtor
Anthony O. Egbase
Onyinye Anyama
800 W. 1st Street, Suite 400-1
Los Angeles, CA  90012

Chapter 7 Trustee
Robinson Diamant & Wolkwitz
Edward Wolkowitz
1888 Century Park East, #1500
Los Angeles, CA 90067

United States Trustee
725 S. Figueroa Street, Suite 400-1
Los Angeles,CA 90012


Attorneys for Landlord Storage Facility
Law Office s of Liddle & Liddle
310 South Vermont Ave
Glendora, CA 91741

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                      F 3015-1.14

F 3015-1.14

| In re: | | CHAPTER 13 |
|---|---|---|
| | Debtor(s). | CASE NUMBER |

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)** **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) _____ORDER ON EXPARTE MOTION TO COMPEL TRUSTEE TO ABANDON PROPERTY_____ was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of_____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                     F 3015-1.14

F 3015-1.14

| In re: | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE NUMBER |

**ADDITIONAL SERVICE INFORMATION** (if needed):
<u>DEBTOR</u>
Imperial Cabinets
4447 Union Pacific Avenue
Los Angeles, CA 90023

<u>Attorney for Debtor</u>
Anthony O. Egbase
Onyinye Anyama
800 W. 1st Street, Suite 400-1
Los Angeles, CA  90012

<u>Chapter 7 Trustee</u>
Robinson Diamant & Wolkwitz
Edward Wolkowitz
1888 Century Park East, #1500
Los Angeles, CA 90067

<u>United States Trustee</u>
725 S. Figueroa Street, Suite 400-1
Los Angeles,CA 90012


<u>Attorneys for Landlord Storage Facility</u>
Law Office s of Liddle & Liddle
310 South Vermont Ave
Glendora, CA 91741

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 3015-1.14**